Eran S. Forster, Esq.
Nevada Bar No. 11124
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: eforster@messner.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL SOLORIO,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, L.L.C., dba CVS; CVS PHARMACY, INC., dba CVS; LONGS DRUG STORES CALIFORNIA, L.L.C., dba CVS; DOES I through X, inclusive, and ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00296-ART-CSD |

**<u>NOTICE OF DISASSOCIATION OF COUNSEL</u>**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that attorney RENEE M. FINCH, ESQ., is no longer with MESSNER REEVES LLP, and no longer counsel of record for Defendants, NEVADA CVS PHARMACY, LLC, CVS PHARMACY, INC., and LONGS DRUG STORES CALIFORNIA, LLC, in the above captioned matter.  Please remove Ms. Finch from your service list for this case.

Eran S. Forster, Esq., of MESSNER REEVES LLP will continue to serve as counsel of record for Defendants, NEVADA CVS PHARMACY, LLC, CVS PHARMACY, INC., and LONGS DRUG STORES CALIFORNIA, LLC.

Dated this 4th day of April 2025.

**MESSNER REEVES LLP**

By: */s/ Eran S. Forster, Esq.*
Eran S. Forster, Esq.
Nevada Bar No. 11124
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorney for Defendants*

IT IS SO ORDERED.

DATED:  April 8, 2025.

_____
Craig S. Denney
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 4th day of April, 2025, a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** was filed and served upon the following by the method indicated:

| | |
|---|---|
| John B. Greene, Esq.<br>Nevada Bar No. 004279<br>Robert D. Vannah, Esq.<br>Nevada Bar No. 002503<br>GOLIGHTLY & VANNAH, PLLC<br>5555 Kietzke Lane, Suite 150<br>Reno, Nevada 89511<br>*Attorneys for Plaintiff* | ☐ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☒ via CM/ECF<br>☐ via Electronic Mail |

*/s/ Nancy Amaya*
Employee of MESSNER REEVES LLP