**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL SOLORIO,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CVS PHARMACY, L.L.C., dba CVS; CVS PHARMACY, INC., dba CVS; LONGS DRUG STORES CALIFORNIA, L.L.C., dba CVS; DOES I through X, inclusive, and ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | Case No.:   3:24-cv-00296-ART-CSD<br><br>**ORDER REGARDING**<br><br>**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED between Defendants, by and through counsel of record, Christina M. Mundy, of MESSNER REEVES, LLP, and Plaintiff, by and through counsel of record, John B. Greene, Esq. and Robert D. Vannah, Esq. of GOLIGHTLY & VANNAH, PLLC, that the above-entitled matter be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs incurred herein.

///

///

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 30 day of July, 2025.

**MESSNER REEVES LLP**

_____
CHRISTINA M. MUNDY, ESQ.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 30 day of July, 2025.

**GOLIGHTLY & VANNAH, PLLC**

_____
John B. Greene, Esq.
Nevada Bar No. 4279
Robert D. Vannah, Esq.
Nevada Bar No. 12503
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: July 31, 2025